IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-00082-RLV-DSC

| | |
|---|---|
| HOWARD CASHION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **MEMORANDUM AND ORDER** |
| v. | ) |
| | ) |
| PRATT (CORRUGATED LOGISTICS), LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel" (document # 18) filed March 11, 2013 and the parties associated briefs and exhibits. See docs. 19, 22 and 23. This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

For the reasons set forth in "Defendant's Response to Plaintiff's Motion to Compel" (document #22), Plaintiff's "Motion to Compel" (document #18) is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 4, 2013

David S. Cayer
United States Magistrate Judge