IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-82-RLV-DSC

| | |
|---|---|
| HOWARD CASHION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| PRATT (CORRUGATED LOGISTICS), LLC | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's Motion to Strike (document #26) Plaintiff's "Motion to Amend Pretrial Order and Case Management Plan to Increase Number of Depositions Allowed by Plaintiff" (document #25).

Plaintiff has voluntarily withdrawn his Motion. See Notice of Withdrawal of Motion (document #27). Accordingly, Defendant's Motion to Strike (document #26) is denied as moot.

**SO ORDERED**.

Signed: May 1, 2013

David S. Cayer
United States Magistrate Judge

1