IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-82-RLV-DSC

| | |
|---|---|
| HOWARD CASHION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| PRATT (CORRUGATED LOGISTICS), LLC | ) |
| | ) |
| Defendant. | ) |

### ORDER

**THIS MATTER** is before the Court on Defendant's "Motion for Leave to Schedule Depositions after the Close of Discovery" (document #41). Defendant recently opposed Plaintiff's "Motion to … Extend Deadline for Disclosure of Experts and Expert Reports" (document #31), arguing that Plaintiff should not be permitted to serve his expert reports beyond the Court imposed deadline. See "Order" (document #34) (<u>denying</u> Plaintiff's "Motion to … Extend Deadline for Disclosure of Experts and Expert Reports"); "Order (document #40) (<u>denying</u> Plaintiff's "Motion for Reconsideration").

For those same reasons, Defendant's "Motion for Leave to Schedule Depositions after the Close of Discovery" (document #41) is <u>denied</u>.

**SO ORDERED**.

Signed: May 16, 2013

David S. Cayer
United States Magistrate Judge